IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
EDWIN LOPEZ,                             :      CIVIL NO. 3:12-cv-01039 (CSH)
    Plaintiff,                           :
                                         :
VS.                                      :
                                         :
BURRIS LOGISTICS, INC.,                  :
    Defendant.                           :
------------------------------------------------------------x

------------------------------------------------------------x
RICHARD LESTER,                          :      CIVIL NO. 3:12-cv-01041 (RNC)
    Plaintiff,                           :
                                         :
VS.                                      :
                                         :
BURRIS LOGISTICS, INC.,                  :
    Defendant.                           :
------------------------------------------------------------x

------------------------------------------------------------x
RYAN MONTALVO,                           :      CIVIL NO. 3:12-cv-01044 (WWE)
    Plaintiff,                           :
                                         :
VS.                                      :
                                         :
BURRIS LOGISTICS, INC.,                  :
    Defendant.                           :
------------------------------------------------------------x

------------------------------------------------------------x
JONATHAN VALDES,                         :      CIVIL NO. 3:12-cv-01045 (RNC)
    Plaintiff,                           :
                                         :
VS.                                      :
                                         :
BURRIS LOGISTICS, INC.,                  :
    Defendant.                           :      AUGUST 17, 2012
------------------------------------------------------------x

**DEFENDANT BURRIS LOGISTICS, INC.'S**
**UNOPPOSED MOTION TO CONSOLIDATE**

      The defendant, Burris Logistics, Inc. ("Burris"), by and through its undersigned counsel, respectfully moves to consolidate the above-entitled actions pursuant to Rule 42 of the Federal

11835203-v2

Rules of Civil Procedure. As set forth more fully in the accompanying Memorandum of Law, the four above-entitled actions all allege the same claims, arise from the same incident, name the same defendant, hinge on the same central facts, involve many of the same witnesses including each of the plaintiffs, and encompass common issues of law. Due to the factual and legal overlap, and in the interests of judicial economy, Burris respectfully requests that this Court consolidate the above-entitled actions into a single unified set of proceedings for the purposes of pre-trial proceedings and discovery.

WHEREFORE, the defendant, Burris Logistics, Inc., respectfully requests that the Court grant its Motion and consolidate the following actions for pretrial purposes and discovery: (1) *Edwin Lopez v. Burris Logistics, Inc.*, No. 3:12-cv-01039 (CSH); (2) *Richard Lester v. Burris Logistics, Inc.*, 3:12-cv-01041 (RNC); (3) *Richard Montalvo v. Burris Logistics, Inc.*, No. 3:12-cv-01044 (WWE); and (4) *Jonathan Valdes v. Burris Logistics, Inc.*, No. 3:12-cv-01045 (RNC).

        DEFENDANT,
        BURRIS LOGISTICS, INC.

By    /s/*Ian T. Clarke-Fisher*
        Stephen W. Aronson (ct02216)
        E-mail: saronson@rc.com
        Ian T. Clarke-Fisher (ct28684)
        E-mail: iclarke-fisher@rc.com
        Robinson & Cole LLP
        280 Trumbull Street
        Hartford, CT 06103-3597
        Phone: (860) 275-8200
        Fax: (860) 275-8299
        Its Attorneys

## CERTIFICATION

I hereby certify that on this 17th day of August, 2012, the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                           /s/ *Ian T. Clarke-Fisher*
                                                         Ian T. Clarke-Fisher